JOHN WIDEMAN <i>v.</i> COMMISSIONER OF CORRECTION

The petitioner John Wideman's petition for certification for appeal from the Appellate Court, 67 Conn. App. 739 (AC 21497), is denied.

*John R. Williams,* in support of the petition.

*Joseph Corradino,* senior assistant state's attorney, in opposition.

Decided March 28, 2002

STATE OF CONNECTICUT <i>v.</i> PATRICK WALSH

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 776 (AC 21577), is denied.

NORCOTT and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Norman A. Pattis,* in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided March 28, 2002